**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                              §    Case No. 13-12927
                                    §
JUDY H. PORTMAN                     §
                                    §
                                    §
         Debtor                     §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2013. The undersigned trustee was appointed on 03/29/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $7,100.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $112.52 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,987.48 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/05/2013 and the deadline for filing government claims was 09/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,460.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,460.00, for a total compensation of $1,460.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $14.06, for total expenses of $14.06.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/09/2014         By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-12927-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 12/9/2014 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 09/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real estate located at 207 Shadow, Wheeling IL 60090 Debtor is jointly on title with her father. Fair market value is $134,000.00 Fair market value is $134,000.00/2=$67,000.00. $67,000.00- Half of the value of the mortgage $37,000.00 = $29,500.00 $29,500.00 - Cost of sale $13,400.00 = $16,100.00 $16,100.00 - Homestead exemption of $15,000.00= $1,100.00 Therefore the debtor's unprotected equity is $1,100.00 | $91,092.00 | $0.00 | | $5,000.00 | FA |
| 2  Checking account with Devon Bank | $400.00 | $400.00 | | $0.00 | FA |
| 3  checking account with Chase Bank | $5.00 | $5.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $495.00 | $495.00 | | $0.00 | FA |
| 5  Books, Pictures, and CD's | $300.00 | $0.00 | | $0.00 | FA |
| 6  Wearing Apparel | $1,700.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 8  Estimated 2011 tax refund of $4,803.00 was received before filing 02/15/2013 and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 9  Automobile - 2008 Ford Escape with 42,000 in mileage - Paid in Full - Car appraised thru CarMax - Full Coverage Auto Insurance | $8,500.00 | $2,100.00 | | $2,100.00 | FA |
| 10 Animals - 1 Dog | $25.00 | $25.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

| | $102,617.00 | $3,125.00 | | $7,100.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/09/2014 | TFR Prepared for Trustee's Review |
| 09/04/2013 | Motion drafted and given to JTB for review |
| 09/01/2013 | Debtor to pay $5000.00 for equity in property - must file routine motion to sell |
| 07/12/2013 | Listing Property located at 207 Shadow Wheeling, IL 60090 for $137,500.00. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 13-12927-JPC | |
| **Case Name:** | PORTMAN, JUDY H. | |
| **For the Period Ending:** | 12/9/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 03/29/2013 (f) |
| **§341(a) Meeting Date:** | 05/30/2013 |
| **Claims Bar Date:** | 09/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

07/08/2013    Noah valued house at 180k - lien is $74k - Get listed

David contacted DA to determine whether Debtor would like to pay the equity.

06/03/2013    Valuation on real property requested.

2008 Ford Escape
Value $8500
Exempt $6400
No lien
Equity $2100

Sent email to DA regarding equity

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
Page No: 1
Case 13-12927    Doc 25    Filed 01/12/15    Entered 01/12/15 20:40:37    Desc Main
Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 5 of 14

| Case No. | 13-12927-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6558 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/9/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (1) | Judy H. Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $525.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.40 | $524.60 |
| 08/09/2013 | (1) | Judy H Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $1,049.60 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $1,048.10 |
| 09/10/2013 | (1) | JUDY PORTMAN | Payment for Non Exempt Equity in Real Property | 1210-000 | $300.00 | | $1,348.10 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $1,346.28 |
| 10/04/2013 | (1) | Judy Goldner-Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $1,871.28 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.85 | $1,868.43 |
| 11/06/2013 | (1) | PORTMAN, JUDY H. | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $2,393.43 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,389.74 |
| 12/03/2013 | (1) | Judy Portman | Payment for Non-Exempt Equity in Property | 1210-000 | $525.00 | | $2,914.74 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.49 | $2,910.25 |
| 01/10/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $3,435.25 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.54 | $3,429.71 |
| 02/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Property | 1210-000 | $525.00 | | $3,954.71 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $3,949.03 |
| 03/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Property | 1210-000 | $525.00 | | $4,474.03 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $4,467.39 |
| 04/10/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $4,992.39 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.44 | $4,984.95 |
| 05/08/2014 | (9) | Devon Bank | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $5,509.95 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.95 | $5,501.00 |
| 06/05/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $6,026.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.98 | $6,017.02 |
| 07/14/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $6,542.02 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.17 | $6,531.85 |
| 08/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $500.00 | | $7,031.85 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.55 | $7,020.30 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.59 | $7,009.71 |
| | | | | **SUBTOTALS** | $7,100.00 | $90.29 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12927-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6558 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/9/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.04 | $6,997.67 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.19 | $6,987.48 |
| | | | **TOTALS:** | | $7,100.00 | $112.52 | $6,987.48 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,100.00 | $112.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,100.00 | $112.52 | |

| For the period of 3/29/2013 to 12/9/2014 | | For the entire history of the account between 07/15/2013 to 12/9/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,100.00 | Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 | Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $112.52 | Total Compensable Disbursements: | $112.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.52 | Total Comp/Non Comp Disbursements: | $112.52 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 13-12927-JPC | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | PORTMAN, JUDY H. | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***6558 | | | **Checking Acct #:** | | ******2701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 3/29/2013 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 12/9/2014 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,100.00 | $112.52 | $6,987.48 |

**For the period of 3/29/2013 to 12/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/29/2013 to 12/9/2014**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 13-12927-JPC | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | PORTMAN, JUDY H. | | | | | | | | Date: 12/9/2014 |
| Claims Bar Date: | 09/05/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW  420 W. Clayton Street Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,307.50 | $0.00 | $0.00 | $0.00 | $2,307.50 |
| | LAKELAW  420 W. Clayton Street Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $25.30 | $0.00 | $0.00 | $0.00 | $25.30 |
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $14.06 | $0.00 | $0.00 | $0.00 | $14.06 |
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,460.00 | $0.00 | $0.00 | $0.00 | $1,460.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA  1620 Dodge Street Stop Co 3105 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $17,590.51 | $0.00 | $0.00 | $0.00 | $17,590.51 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR  Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $706.83 | $0.00 | $0.00 | $0.00 | $706.83 |

**Claim Notes:**    (2-1) Unsecured Debt

| 3 | QUANTUM3 GROUP LLC AS AGENT FOR  Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $282.41 | $0.00 | $0.00 | $0.00 | $282.41 |

**Claim Notes:**    (3-1) Unsecured Debt

| Case No. | 13-12927-JPC | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | | | | | | | Date: 12/9/2014 |
| Claims Bar Date: | 09/05/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $25,337.83 | $0.00 | $0.00 | $0.00 | $25,337.83 |
| 5 | FIA CARD SERVICES, N.A.<br><br>P O Box 982284<br>El Paso TX 79998-2238 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $40,215.59 | $0.00 | $0.00 | $0.00 | $40,215.59 |
| 6 | CITIBANK, N.A.<br><br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $24,656.59 | $0.00 | $0.00 | $0.00 | $24,656.59 |
| 7 | GE CAPITAL RETAIL BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,608.86 | $0.00 | $0.00 | $0.00 | $6,608.86 |
| 8 | GE CAPITAL RETAIL BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $86.53 | $0.00 | $0.00 | $0.00 | $86.53 |
| 9 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,158.94 | $0.00 | $0.00 | $0.00 | $4,158.94 |

**Claim Notes:**    (9-1) CREDIT CARD DEBT

| Case No. | 13-12927-JPC | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | PORTMAN, JUDY H. | | | | | | | | Date: | 12/9/2014 |
| Claims Bar Date: | 09/05/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ECAST SETTLEMENT CORPORATION, ASSIGNEE<br><br>of Chase Bank USA, N.A.<br>POB 29262<br>New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,776.89 | $0.00 | $0.00 | $0.00 | $6,776.89 |
| **Claim Notes:** | (10-1) CREDIT CARD DEBT | | | | | | | | |
| 11 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,744.86 | $0.00 | $0.00 | $0.00 | $1,744.86 |
| **Claim Notes:** | (11-1) CREDIT CARD DEBT | | | | | | | | |
| | | | | | **$131,972.70** | **$0.00** | **$0.00** | **$0.00** | **$131,972.70** |

**CLAIM ANALYSIS REPORT**  Page No: 4
Exhibit C

| | |
|---|---|
| **Case No.** 13-12927-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** PORTMAN, JUDY H. | **Date:** 12/9/2014 |
| **Claims Bar Date:** 09/05/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $25.30 | $25.30 | $0.00 | $0.00 | $0.00 | $25.30 |
| Attorney for Trustee Fees (Trustee Firm) | $2,307.50 | $2,307.50 | $0.00 | $0.00 | $0.00 | $2,307.50 |
| Payments to Unsecured Credit Card Holders | $128,165.84 | $128,165.84 | $0.00 | $0.00 | $0.00 | $128,165.84 |
| Trustee Compensation | $1,460.00 | $1,460.00 | $0.00 | $0.00 | $0.00 | $1,460.00 |
| Trustee Expenses | $14.06 | $14.06 | $0.00 | $0.00 | $0.00 | $14.06 |

Case 13-12927 Doc 25 Filed 01/12/15 Entered 01/12/15 20:40:37 Desc Main
Document Page 11 of 14

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      13-12927
Case Name:     JUDY H. PORTMAN
Trustee Name:  David P. Leibowitz

                                    Balance on hand:          $6,987.48

Claims of secured creditors will be paid as follows: NONE

                      Total to be paid to secured creditors:          $0.00
                                  Remaining balance:          $6,987.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,460.00 | $0.00 | $1,460.00 |
| David P. Leibowitz, Trustee Expenses | $14.06 | $0.00 | $14.06 |
| Lakelaw, Attorney for Trustee Fees | $2,307.50 | $0.00 | $2,307.50 |
| Lakelaw, Attorney for Trustee Expenses | $25.30 | $0.00 | $25.30 |

      Total to be paid for chapter 7 administrative expenses:          $3,806.86
                                  Remaining balance:          $3,180.62

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

      Total to be paid to prior chapter administrative expenses:          $0.00
                                  Remaining balance:          $3,180.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                      Total to be paid to priority claims:          $0.00
                                  Remaining balance:          $3,180.62

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,165.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $17,590.51 | $0.00 | $436.53 |
| 2 | Quantum3 Group LLC as agent for | $706.83 | $0.00 | $17.54 |
| 3 | Quantum3 Group LLC as agent for | $282.41 | $0.00 | $7.01 |
| 4 | Capital One Bank (USA), N.A. | $25,337.83 | $0.00 | $628.79 |
| 5 | FIA CARD SERVICES, N.A. | $40,215.59 | $0.00 | $998.01 |
| 6 | Citibank, N.A. | $24,656.59 | $0.00 | $611.89 |
| 7 | GE Capital Retail Bank | $6,608.86 | $0.00 | $164.01 |
| 8 | GE Capital Retail Bank | $86.53 | $0.00 | $2.15 |
| 9 | American Express Bank, FSB | $4,158.94 | $0.00 | $103.21 |
| 10 | eCAST Settlement Corporation, assignee | $6,776.89 | $0.00 | $168.18 |
| 11 | Capital One, N.A. | $1,744.86 | $0.00 | $43.30 |

Total to be paid to timely general unsecured claims: $3,180.62
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**