# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 13-12927 |
|---|---|---|
| | § | |
| JUDY H. PORTMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/05/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/13/2015            By:  /s/ David P. Leibowitz
                                              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12927 |
| | § | |
| JUDY H. PORTMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,100.00
*and approved disbursements of* $112.52
*leaving a balance on hand of[1]:* $6,987.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,987.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,460.00 | $0.00 | $1,460.00 |
| David P. Leibowitz, Trustee Expenses | $14.06 | $0.00 | $14.06 |
| Lakelaw, Attorney for Trustee Fees | $2,307.50 | $0.00 | $2,307.50 |
| Lakelaw, Attorney for Trustee Expenses | $25.30 | $0.00 | $25.30 |

Total to be paid for chapter 7 administrative expenses: $3,806.86
Remaining balance: $3,180.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,180.62

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $3,180.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $128,165.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | First National Bank of Omaha | $17,590.51 | $0.00 | $436.53 |
| 2 | Quantum3 Group LLC as agent for | $706.83 | $0.00 | $17.54 |
| 3 | Quantum3 Group LLC as agent for | $282.41 | $0.00 | $7.01 |
| 4 | Capital One Bank (USA), N.A. | $25,337.83 | $0.00 | $628.79 |
| 5 | FIA CARD SERVICES, N.A. | $40,215.59 | $0.00 | $998.01 |
| 6 | Citibank, N.A. | $24,656.59 | $0.00 | $611.89 |
| 7 | GE Capital Retail Bank | $6,608.86 | $0.00 | $164.01 |
| 8 | GE Capital Retail Bank | $86.53 | $0.00 | $2.15 |
| 9 | American Express Bank, FSB | $4,158.94 | $0.00 | $103.21 |
| 10 | eCAST Settlement Corporation, assignee | $6,776.89 | $0.00 | $168.18 |
| 11 | Capital One, N.A. | $1,744.86 | $0.00 | $43.30 |

Total to be paid to timely general unsecured claims:     $3,180.62
Remaining balance:     $0.00

UST Form 101-7-NFR (10/1/2010)

   Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 13-12927-JPC |
| Judy H. Portman | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: acox　　　　　　Page 1 of 1　　　　　　Date Rcvd: Jan 14, 2015
　　　　　　　　　　　　Form ID: pdf006　　　　Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2015.
```
db             +Judy H. Portman,    207 Shadow Bend Drive,    Wheeling, IL 60090-3153
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
20781055        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20252528       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
20252529      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20252530      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20638660     +++Capital One Bank (USA), N.A.,    by American InfoSource LP as Agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
20887999        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20252531       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20252532       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20252533       +Comenity Bank/Vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
20252534       +Devon/Dovenmuehle Mortgage,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
20689050       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20600961       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20252535       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
20252538       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
20252539       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
20877889        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20724372        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2015 01:27:34      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
20753275        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2015 01:25:57      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
20252536       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2015 01:23:47      Gecrb/Walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
20252537       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 15 2015 01:06:11      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20609142        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2015 01:06:42
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joseph P Doyle    on behalf of Debtor Judy H. Portman joe@fightbills.com,    courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```