**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12927 |
| | § | |
| JUDY H. PORTMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,025.00 | Assets Exempt: | $23,400.00 |
| Total Distributions to Claimants: | $3,180.62 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,919.38 | | |

3) Total gross receipts of $7,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $74,992.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,919.38 | $3,919.38 | $3,919.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $122,550.00 | $128,165.84 | $128,165.84 | $3,180.62 |
| **Total Disbursements** | $197,542.00 | $132,085.22 | $132,085.22 | $7,100.00 |

4). This case was originally filed under chapter 7 on 03/29/2013. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2015           By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2008 Ford Escape with 42,000 in mileage - Paid in Full - Car appraised thru CarMax - Full Coverage Auto Ins | 1129-000 | $2,100.00 |
| Real estate located at 207 Shadow, Wheeling IL 60090 Debtor is jointly on title with her father. Fair market value is $1 | 1210-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,100.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Devon/Dovenmuehle Mortgage | 4110-000 | $74,992.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$74,992.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,460.00 | $1,460.00 | $1,460.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.06 | $14.06 | $14.06 |
| Green Bank | 2600-000 | NA | $112.52 | $112.52 | $112.52 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,307.50 | $2,307.50 | $2,307.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $25.30 | $25.30 | $25.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,919.38** | **$3,919.38** | **$3,919.38** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-900 | $15,999.00 | $17,590.51 | $17,590.51 | $436.53 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $0.00 | $706.83 | $706.83 | $17.54 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $443.00 | $282.41 | $282.41 | $7.01 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $25,040.00 | $25,337.83 | $25,337.83 | $628.79 |
| 5 | FIA CARD SERVICES, N.A. | 7100-900 | $39,832.00 | $40,215.59 | $40,215.59 | $998.01 |
| 6 | Citibank, N.A. | 7100-900 | $24,208.00 | $24,656.59 | $24,656.59 | $611.89 |
| 7 | GE Capital Retail Bank | 7100-900 | $5,299.00 | $6,608.86 | $6,608.86 | $164.01 |
| 8 | GE Capital Retail Bank | 7100-900 | $0.00 | $86.53 | $86.53 | $2.15 |
| 9 | American Express Bank, FSB | 7100-900 | $4,158.00 | $4,158.94 | $4,158.94 | $103.21 |
| 10 | eCAST Settlement Corporation, assignee | 7100-900 | $6,195.00 | $6,776.89 | $6,776.89 | $168.18 |
| 11 | Capital One, N.A. | 7100-900 | $1,225.00 | $1,744.86 | $1,744.86 | $43.30 |
|  | Mcydsnb | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
|  | Sears/Cbna | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $122,550.00 | $128,165.84 | $128,165.84 | $3,180.62 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-12927-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 5/19/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 09/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Real estate located at 207 Shadow, Wheeling IL 60090 Debtor is jointly on title with her father. Fair market value is $134,000.00 Fair market value is $134,000.00/2=$67,000.00. $67,000.00- Half of the value of the mortgage $37,000.00 = $29,500.00 $29,500.00 - Cost of sale $13,400.00 = $16,100.00 $16,100.00 - Homestead exemption of $15,000.00= $1,100.00 Therefore the debtor's unprotected equity is $1,100.00 | $91,092.00 | $0.00 | | $5,000.00 | FA |
| 2 Checking account with Devon Bank | $400.00 | $400.00 | | $0.00 | FA |
| 3 checking account with Chase Bank | $5.00 | $5.00 | | $0.00 | FA |
| 4 Miscellaneous used household goods and furnishings | $495.00 | $495.00 | | $0.00 | FA |
| 5 Books, Pictures, and CD's | $300.00 | $0.00 | | $0.00 | FA |
| 6 Wearing Apparel | $1,700.00 | $0.00 | | $0.00 | FA |
| 7 Miscellaneous Costume Jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 8 Estimated 2011 tax refund of $4,803.00 was received before filing 02/15/2013 and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 9 Automobile - 2008 Ford Escape with 42,000 in mileage - Paid in Full - Car appraised thru CarMax - Full Coverage Auto Insurance | $8,500.00 | $2,100.00 | | $2,100.00 | FA |
| 10 Animals - 1 Dog | $25.00 | $25.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $102,617.00 | $3,125.00 | | $7,100.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/09/2014 | TFR Prepared for Trustee's Review |
| 09/04/2013 | Motion drafted and given to JTB for review |
| 09/01/2013 | Debtor to pay $5000.00 for equity in property - must file routine motion to sell |
| 07/12/2013 | Listing Property located at 207 Shadow Wheeling, IL 60090 for $137,500.00. |

**FORM 1**

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-12927-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PORTMAN, JUDY H. | | **Date Filed (f) or Converted (c):** | 03/29/2013 (f) |
| **For the Period Ending:** | 5/19/2015 | | **§341(a) Meeting Date:** | 05/30/2013 |
| | | | **Claims Bar Date:** | 09/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

07/08/2013   Noah valued house at 180k - lien is $74k - Get listed

David contacted DA to determine whether Debtor would like to pay the equity.

06/03/2013   Valuation on real property requested.

2008 Ford Escape
Value $8500
Exempt $6400
No lien
Equity $2100

Sent email to DA regarding equity

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ |

Page No: 1
Case 13-12927   Doc 32   Filed 06/02/15   Entered 06/02/15 15:24:44   Desc Main
Document   Page 7 of 10
Exhibit 9
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12927-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6558 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (1) | Judy H. Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $525.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.40 | $524.60 |
| 08/09/2013 | (1) | Judy H Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $1,049.60 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $1,048.10 |
| 09/10/2013 | (1) | JUDY PORTMAN | Payment for Non Exempt Equity in Real Property | 1210-000 | $300.00 | | $1,348.10 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $1,346.28 |
| 10/04/2013 | (1) | Judy Goldner-Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $1,871.28 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.85 | $1,868.43 |
| 11/06/2013 | (1) | PORTMAN, JUDY H. | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $2,393.43 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,389.74 |
| 12/03/2013 | (1) | Judy Portman | Payment for Non-Exempt Equity in Property | 1210-000 | $525.00 | | $2,914.74 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.49 | $2,910.25 |
| 01/10/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $525.00 | | $3,435.25 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.54 | $3,429.71 |
| 02/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Property | 1210-000 | $525.00 | | $3,954.71 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.68 | $3,949.03 |
| 03/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Property | 1210-000 | $525.00 | | $4,474.03 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $4,467.39 |
| 04/10/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $4,992.39 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.44 | $4,984.95 |
| 05/08/2014 | (9) | Devon Bank | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $5,509.95 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.95 | $5,501.00 |
| 06/05/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $6,026.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.98 | $6,017.02 |
| 07/14/2014 | (9) | Judy Portman | Payment for Non Exempt Equity in Vehicle | 1129-000 | $525.00 | | $6,542.02 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.17 | $6,531.85 |
| 08/04/2014 | (1) | Judy Portman | Payment for Non Exempt Equity in Real Property | 1210-000 | $500.00 | | $7,031.85 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.55 | $7,020.30 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.59 | $7,009.71 |

**SUBTOTALS** $7,100.00  $90.29

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 13-12927-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6558 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.04 | $6,997.67 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.19 | $6,987.48 |
| 02/09/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,460.00 | $5,527.48 |
| 02/09/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.06 | $5,513.42 |
| 02/09/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 25.30; Amount Allowed: 25.30;  Distribution Dividend: 100.00; | 3120-000 | | $25.30 | $5,488.12 |
| 02/09/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 2,307.50; Amount Allowed: 2,307.50;  Distribution Dividend: 100.00; | 3110-000 | | $2,307.50 | $3,180.62 |
| 02/09/2015 | 3005 | First National Bank of Omaha | Claim #: 1; Amount Claimed: 17,590.51; Amount Allowed: 17,590.51; Distribution Dividend: 2.48; | 7100-900 | | $436.53 | $2,744.09 |
| 02/09/2015 | 3006 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: 706.83; Amount Allowed: 706.83;  Distribution Dividend: 2.48; | 7100-900 | | $17.54 | $2,726.55 |
| 02/09/2015 | 3007 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: 282.41; Amount Allowed: 282.41;  Distribution Dividend: 2.48; | 7100-900 | | $7.01 | $2,719.54 |
| 02/09/2015 | 3008 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 25,337.83; Amount Allowed: 25,337.83; Distribution Dividend: 2.48; | 7100-900 | | $628.79 | $2,090.75 |
| 02/09/2015 | 3009 | FIA CARD SERVICES, N.A. | Claim #: 5; Amount Claimed: 40,215.59; Amount Allowed: 40,215.59; Distribution Dividend: 2.48; | 7100-900 | | $998.01 | $1,092.74 |
| 02/09/2015 | 3010 | Citibank, N.A. | Claim #: 6; Amount Claimed: 24,656.59; Amount Allowed: 24,656.59; Distribution Dividend: 2.48; | 7100-900 | | $611.89 | $480.85 |
| 02/09/2015 | 3011 | GE Capital Retail Bank | Claim #: 7; Amount Claimed: 6,608.86; Amount Allowed: 6,608.86;  Distribution Dividend: 2.48; | 7100-900 | | $164.01 | $316.84 |
| 02/09/2015 | 3012 | GE Capital Retail Bank | Claim #: 8; Amount Claimed: 86.53; Amount Allowed: 86.53;  Distribution Dividend: 2.48; | 7100-900 | | $2.15 | $314.69 |
| 02/09/2015 | 3013 | American Express Bank, FSB | Claim #: 9; Amount Claimed: 4,158.94; Amount Allowed: 4,158.94;  Distribution Dividend: 2.48; | 7100-900 | | $103.21 | $211.48 |
| 02/09/2015 | 3014 | eCAST Settlement Corporation, assignee | Claim #: 10; Amount Claimed: 6,776.89; Amount Allowed: 6,776.89;  Distribution Dividend: 2.48; | 7100-900 | | $168.18 | $43.30 |
| 02/09/2015 | 3015 | Capital One, N.A. | Claim #: 11; Amount Claimed: 1,744.86; Amount Allowed: 1,744.86;  Distribution Dividend: 2.48; | 7100-900 | | $43.30 | $0.00 |

**SUBTOTALS**    $0.00    $7,009.71

**FORM 2**

Page No: 3

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-12927-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PORTMAN, JUDY H. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6558 | | Checking Acct #: | ******2701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/08/2015 | 3005 | STOP PAYMENT: First National Bank of Omaha | Claim #: 1; Amount Claimed: 17,590.51; Amount Allowed: 17,590.51; Distribution Dividend: 2.48; Reissue due to check not being cashed since February | 7100-904 | | ($436.53) | $436.53 |
| 04/08/2015 | 3016 | First National Bank of Omaha | Claim #: 1; Amount Claimed: 17,590.51; Amount Allowed: 17,590.51; Distribution Dividend: 2.48; Reissue due to check not being cashed since February | 7100-900 | | $436.53 | $0.00 |
| | | | **TOTALS:** | | $7,100.00 | $7,100.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,100.00 | $7,100.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,100.00 | $7,100.00 | |

**For the period of 3/29/2013 to 5/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2013 to 5/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-12927-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | PORTMAN, JUDY H. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6558 | **Checking Acct #:** ******2701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 3/29/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/19/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,100.00 | $7,100.00 | $0.00 |

**For the period of 3/29/2013 to 5/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/29/2013 to 5/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |